UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELCHOR CALDERON, et al.,

Plaintiffs,

v.

DISCOVERY LAND CARE, INC., et al.,

Defendants.

Case No. 17-cv-02374-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 28

The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, by August 15, 2018, with proof of service thereof on the opposing party, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

If no certification is filed by August 15, 2018, the dismissal shall be **with** prejudice. The parties may, of course, substitute a dismissal with prejudice at any time before that date.

**IT IS SO ORDERED.**

Dated: February 15, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge